# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et. al.*,<br><br>　　　　　　　Remaining Debtors.<br>------------------------------------------------------------<br>MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et. al.*,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES LAMONT,<br><br>　　　　　　　Defendant. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered)<br><br><br><br><br>Adv. Pro. No. 19-50952-BLS<br><br><br><br>**No hearing will be held unless requested or ordered by the Court.**<br><br>**Objection Deadline: April 28, 2021 at 4:00 p.m.** |

## NOTICE OF MOTION

　　PLEASE TAKE NOTICE that on **April 14, 2021**, James Tobia, Esq., of the Law Office of James Tobia, LLC (the "Movants") filed the attached Motion of James Tobia to Withdraw as Counsel for James Lamont (the "Motion").

　　PLEASE TAKE FURTHER NOTICE that no hearing will be held unless requested or ordered by the Court.

　　PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the U.S. Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, DE 19801 and served upon, so as to actually be received by the Applicants on or before **April 28, 2020** at 4:00 P.M.

1

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is filed, the Bankruptcy Court may grant the relief sought in the Motion without further notice or a hearing.

Dated: April 14, 2021

**Respectfully submitted,**

**THE LAW OFFICE OF JAMES TOBIA, LLC**
By: /s/ *James Tobia*
James Tobia (#3798)
1716 Wawaset Street
Wilmington, DE 19806
Tel. (302) 655-5303
Fax (302) 656-8053
Email: jtobia@tobialaw.com

*Counsel for the Defendant*