# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.[1], | Case No: 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| -------------------------------------------------------- | |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Pro. No. 19-50952-JKS |
| v. | |
| JAMES LAMONT, | Re: _____ |
| Defendant. | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS MATTER, came before the Court upon motion of James Tobia Esq. ("Movant") for an order permitting his withdrawal as counsel (the "Motion") for James Lamont (the "Defendant") in *Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidating Trust v. James Lamont*, Adv. Proc. No. 19-50952-JKS (the "Adversary Proceeding"). The Court, having reviewed the record and finding cause has been shown, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is hereby granted.

2. Movant and his law firm are permitted to withdraw as counsel of record for the Defendant in the Adversary Proceeding.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

1

3.	Movant and his law firm are hereby relieved of any and all further obligations on behalf of the Defendant.

4.	Movant is directed to serve the Defendant with a copy of this Order.

5.	Defendant is directed to cooperate in promptly rescheduling mediation.

6.	The Clerk of this Court is hereby directed to send all subsequent notice to:

James Lamont
98 Vivian Court
Novato, CA 94947
	lamontfinancial@yahoo.com
	(415)307-5228