IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et. al.*, <br><br>　　　　　　　Remaining Debtors. <br> ------------------------------------------------------------ <br><br> MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et. al.*, <br><br>　　　　　　　Plaintiff, <br>　v. <br><br> JAMES LAMONT, <br><br>　　　　　　　Defendant. | Chapter 11 <br><br> Case No. 17-12560 (BLS) <br><br> (Jointly Administered) <br><br><br><br> Adv. Pro. No. 19-50952-BLS <br><br><br> **No hearing will be held unless requested or ordered by the Court.** <br><br> **Objection Deadline: April 28, 2021 at 4:00 p.m.** |

## CERTIFICATE OF SERVICE

　　　　I, James Tobia, hereby certify that on April 14, 2021, I caused the foregoing *Motion of James Tobia to Withdraw as Counsel for James Lamont* to be served as follows:

**ECF and First Class Mail:**

Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

**Certified Mail and Electronic Mail:**

James Lamont
98 Vivian Court
Novato, CA 94947

lamontfinancial@yahoo.com

**ECF and Electronic Mail:**

Ian Connor Bifferato, Esq.
The Bifferato Firm, P.A.
1007 N. Orange St., 4th Floor
Wilmington, DE 19801

cbifferato@tbf.legal

Dated: April 14, 2021

                                      **THE LAW OFFICE OF JAMES TOBIA, LLC**

                                      By: <u>/s/ *James Tobia*</u>
                                      James Tobia (#3798)
                                      1716 Wawaset Street
                                      Wilmington, DE 19806
                                      Tel. (302) 655-5303
                                      Fax (302) 656-8053
                                      Email: jtobia@tobialaw.com