**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | Adv. Proc. No. 19-50952 (JKS) |
| Plaintiff, | **Ref Docket No. 48** |
| vs. | |
| JAMES LAMONT, | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO           )
                                      ) ss.:
COUNTY OF FRANKLIN )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 3, 2021, I caused to be served the "Notice of Withdrawal of Response and Limited Objection to Motion of James Tobia to Withdraw as Counsel to James Lamont," dated May 3, 2021 [Docket No. 48], by causing a true and correct copy to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *James Lamont, 98 Vivian Court, Novato, California 94947* and delivered via electronic mail to the following party: *jtobia@tobialaw.com*.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

>                                                 */s/ Angela Chachoff*
>                                                 Angela Chachoff

Sworn to before me this
5th day of May, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024