# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| Woodbridge Group of Companies, LLC | : Case No.: 17-12560 (JKS) |
| Debtor. | : |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : **MEDIATION STATUS REPORT** |
| Plaintiff, | : Adv. Proc. No.: 19-50952 (JKS) |
| v. | |
| James Lamont, | |
| Defendants. | |

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

| | |
|---|---|
|        | Mediation sessions are scheduled to occur on |
|        | A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time. |
|   X   | OTHER: Counsel for the defendant filed a Motion to Withdraw as Counsel. The mediator has been advised that the defendant will proceed pro se. The mediator will work with the parties to schedule mediation when an order approving the Motion to Withdraw as Counsel has been entered. |

Dated: May 14, 2021

    */s/ Ian Connor Bifferato*
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801